## Murphy v. Commonwealth.

(Decided Nov. 11, 1938.)

CHARLES H. FAIR and O. B. BERTRAM for appellant.

HUBERT MEREDITH, Attorney General, and J. M. CAMPBELL, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE STITES—Dismissing appeal.

Preston Murphy was convicted of violating the Local Option Law, Kentucky Statutes, section 2554c-1

et seq., by the verdict of a jury which fixed his punishment at a fine of twenty dollars and thirty days in jail. So far as the record before us discloses, no judgment has been entered on this verdict. An appeal lies only from a final order or judgment. Criminal Code of Practice, Section 347.

Furthermore, we are without jurisdiction to review a judgment for a twenty-dollar fine and thirty days in jail even if one had been entered. Compton v. Commonwealth, 270 Ky. 51, 109 S. W. (2d) 16.

Appeal dismissed.